# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NNN 400 CAPITAL CENTER 16, LLC, *et al.*, | ) | Case No. 16-12728 (JTD) |
| | ) | (Jointly Administered) |
| Debtor(s). | ) | |
| | ) | **Re: D.I. 278** |
| NNN 400 CAPITAL CENTER, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| v. | ) | Adv. Proc. No. 18-50384 (JTD) |
| | ) | |
| WELLS FARGO BANK, N.A., AS TRUSTEE | ) | |
| FOR THE REGISTERED HOLDERS OF | ) | |
| COMM 2006-C8 COMMERCIAL MORTGAGE | ) | |
| PASS-THROUGH CERTIFICATES; LNR | ) | |
| PARTNERS, LLC, a Florida Limited Liability | ) | |
| Company; BERKADIA COMMERCIAL | ) | |
| MORTGAGE, LLC, a Delaware Limited | ) | |
| Liability Corporation; LITTLE ROCK - 400 | ) | |
| WEST CAPITAL TRUST, a Delaware Statutory | ) | |
| Trust; SOMERA ROAD, INC., a New York | ) | |
| Corporation; and TACONIC CAPITAL | ) | |
| ADVISORS, LP, a Delaware Limited | ) | |
| Partnership, | ) | |
| | ) | |
| Defendant(s). | ) | **Re: Adv. D.I. 268** |

## FINAL JUDGMENT[1]

For the reasons set forth in the Court's Findings of Fact and Conclusions of Law dated August 10, 2020 (D.I. 602, Adv. D.I. 785), the Court enters final judgment in favor of the Defendants on all Counts of the Second Amended Complaint.

Dated: August 10, 2020

                                                              JOHN T. DORSEY, U.S.B.J.

---

[1] The parties have consented to the entry of a final judgment of this Court. Bankruptcy Courts may enter final judgments on non-core matters where parties knowingly and voluntarily consent. *Wellness Int'l Network, Ltd. v. Sharif*, 575 U.S. 665 (2015).