

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

*FIRM and AFFILIATE OFFICES*

SOMMER L. ROSS
DIRECT DIAL: +1 302 657 4951
PERSONAL FAX: +1 215 689 4943
*E-MAIL*: SLRoss@duanemorris.com

www.duanemorris.com

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

September 18, 2020

<u>**VIA CM/ECF AND HAND DELIVERY**</u>

The Honorable Colm F. Connolly
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

    Re:   *NNN 400 Capitol Center 16, LLC, et al. v. Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Comm. 2006-C8 Commercial Mortgage Pass-Through Certificates, et al.*
          <u>**Civil Action Nos. 20-1080 (CFC), 20-1081 (CFC), & 20-1082 (CFC)**</u>

Dear Judge Connolly:

    I am writing in regard to the above-referenced cases to call to the Court's attention that no response or objection was filed to *Little Rock-400 West Capitol Trust's Motion to Remand* (the "Motion"), which was filed in each of the above cases on August 31, 2020. The deadline to respond to the Motion was September 14, 2020.

    I conferred with counsel to the Appellants, Thomas J. Francella, Jr., Esq., on September 16, 2020, who confirmed that the Appellants were aware of the response deadline and chose not to respond. Mr. Francella also confirmed to me, and authorized me to inform the Court, that the Appellants take no position with respect to the relief requested in the Motion. As set forth in the Motion, each of the other parties to this appeal consent to the relief requested in the Motion.[1]

---

[1] The other parties consist of (i) Wells Fargo Bank, N.A., as Trustee for the Registered Holders of Comm 2006-C8 Commercial Mortgage Pass-Through Certificates ("Prior Lender"), (ii) LNR Partners, LLC ("LNR"), (iii) Berkadia Commercial Mortgage LLC ("Berkadia"), (iv) Taconic

DUANE MORRIS LLP

222 DELAWARE AVENUE, SUITE 1600   WILMINGTON, DE 19801-1659     PHONE: +1 302 657 4900   FAX: +1 302 657 4901
DM3\7053131.1



The Honorable Colm F. Connolly
September 17, 2020
Page 2

      In light of foregoing, and for the reasons set forth in the Motion, on behalf of Little Rock-400 West Capitol Trust ("Secured Creditor"), I respectfully request entry of an order granting the relief requested in the Motion.

      Respectfully submitted,

*/s/ Sommer L. Ross*
Duane Morris LLP
Sommer L. Ross (DE 4598)
222 Delaware Avenue, Suite 1600
Wilmington, Delaware 19801-1659
Telephone: (302) 657-4900
Facsimile: (302) 657-4901
E-mail: slross@duanemorris.com

*Counsel to Little Rock-400 West Capitol Trust*

SLR/slr

cc:    Thomas J. Francella, Jr., Esq.
        Benjamin A Hackman, Esq.
        Linda Richenderfer, Esq.
        Brett D. Fallon, Esq.
        Joshua R. Denton, Esq.
        Tonya J. Austin, Esq.
        Meagen E. Leary, Esq.
        Paul E. Chronis, Esq.
        Elinor H. Murárová, Esq.

---

Capital Advisors, LP ("Taconic" and, together with Prior Lender, LNR, Taconic, and Secured Lender, collectively, the "Lender Appellees") , and (v) Somera Road Inc. ("Somera"). Each of the Lender Appellees are represented by Duane Morris LLP. Somera is represented by Faegre Drinker Biddle & Reath LLP and Frost Brown & Todd LLC.

DM3\7053131.1